**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shari Klein,<br><br>          Plaintiff,<br><br>     vs.<br><br>Golfswitch, Inc., et al.,<br><br>          Defendants. | No. CV-14-01679-PHX-PGR<br><br>ORDER |

In a complaint filed on July 25, 2014, the plaintiff alleged that the Court has diversity of citizenship jurisdiction over this action pursuant to 28 U.S.C. § 1332. In an order (Doc. 8), entered on July 28, 2014, the Court dismissed the complaint for lack of subject matter jurisdiction because the existence of diversity jurisdiction was not evident from the face of the complaint inasmuch as the plaintiff had failed to properly allege the citizenship of three of the four named parties. The Court specifically informed the plaintiff in that order what the jurisdictional deficiencies were, and required the plaintiff to file an amended complaint properly stating a jurisdictional basis for this action no later than August 15, 2014. The Court further informed the plaintiff that her failure to timely or sufficiently comply with the order would result in the dismissal of this action for lack of subject matter jurisdiction.

A review of the Court's docket record establishes that the plaintiff has to date failed to comply with the Court's order in any manner, *i.e.*, she has not filed an amended complaint, she has not sought an extension of time to do so, and she has not communicated to the Court any inability on her part to comply with the order.[1] Therefore,

IT IS ORDERED that this action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED this 1st day of October, 2014.

Paul G. Rosenblatt
United States District Judge

---

[1] The Court notes that the notice of electronic filing for its July 28th order shows that the order was sent to three different email addresses for the plaintiff's counsel.